IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBIN JACKSON,
Plaintiff,

v.

Case No. 19–CV–00987–JPG

COMMISSIONER OF SOCIAL SECURITY,
Defendant.

## JUDGMENT

This matter having come before the Court, and the plaintiff, Robin Jackson, having failed to prosecute,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Complaint against the defendant, the Commissioner of Social Security, is **DISMISSED WITHOUT PREJUDICE.**

**Dated: Monday, October 26, 2020**           **MARGARET M. ROBERTIE**
                                              **CLERK OF COURT**

                                              **s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
              **J. PHIL GILBERT**
              **UNITED STATES DISTRICT JUDGE**